IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH BANNER, BRANDON BEALS, ROBERT BENNETT, STACY BLACK, JASON BRIGGS, JEFFREY CASEY, CLINTON COOPER, LISA EFFLER, RAY ENGLISH, TIMOTHY FRANKLIN, DAVID GARDNER, DONNIE HENSLEY, JARROD HICKS, JERRY HOWELL, AUTUMN McKINNEY, SAMUEL SANDERS, BRIAN SMITH, DANIEL SMITH MICHAEL TRAVIS SMITH, GEORGE THOMAS, and SPENCER YATES | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:12-CR-93 JUDGE Greer **SEALED** |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and respectfully requests that the attached Indictment, Motion to Seal and Order be sealed.

WHEREFORE, the United States of America respectfully requests that this Motion, the Indictment, and ensuing Order be sealed with the exception that the United States Attorney's Office will be provided a stamp filed copy.

Submitted this 11th day of September, 2012.

Respectfully submitted,

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

BY: */s/ J. Christian Lampe*
J. CHRISTIAN LAMPE
Assistant United States Attorney
220 W. Depot Street, Ste. 423
Greeneville, TN 37743
(423) 639-6759